**Carolyn R. ALLEN–MENSAH, Appellant**

v.

**FBI Agent O'MALLEY, and Involved FBI Agents, et al.**

No. 06–3387.

United States Court of Appeals, Third Circuit.

Submitted for Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B) or Summary Action

Under Third Circuit LAR 27.4 and I.O.P. 10.6 Jan. 19, 2007.

Filed: Feb. 2, 2007.

Carolyn R. Allen–Mensah, Chester, PA, pro se.

Virignia D. Powell, Office of United States Attorney, Philadelphia, PA, for FBI Agent O'Malley, and Involved FBI Agents, et al.

BEFORE: SLOVITER, CHAGARES and NYGAARD, Circuit Judges.

OPINION

PER CURIAM.

In June 2006, *pro se* appellant Carolyn R. Allen–Mensah filed a complaint in the District Court alleging, *inter alia,* that FBI agents conducted "illegal guinea pig experiments on my sons and me" and "had psychotic pilots use electrical force on my sons to make them commit" crimes and "involuntary sex acts." Allen–Mensah seeks "immediate release and return of [her] son" and "removal of the electric weapons from [her] body." The District Court dismissed the complaint for failure to state a claim upon which relief may be granted. Allen–Mensah timely appealed and appellee has filed a motion for summary action.

This Court has jurisdiction under 28 U.S.C. § 1291. As there is no question that Allen–Mensah's claims involve fantastic factual scenarios and that the complaint lacks any arguable factual or legal basis, *see Neitzke v. Williams,* 490 U.S. 319, 327–28, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989), we will grant the appellee's motion to summarily affirm the District Court's dismissal of the complaint. *See* 3d Cir. LAR 27.4 and I.O.P. 10.6.